IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. HUNT, AL2790, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DEBBIE ASUNCION, Acting Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 15-5759 CRB (PR) <br><br> ORDER OF TRANSFER |

Petitioner seeks federal habeas review of a conviction from Sacramento County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at California State Prison, Los Angeles County, which lies within the venue of the Central District of California, Western Division. See id. § 84(c)(2).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Sacramento County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California.

The clerk shall transfer this matter forthwith.

SO ORDERED.

DATED: Dec. 22, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Hunt, R.15-5759.transfer.wpd